UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-02793-Becerra

UNITED STATES OF AMERICA

v.

JULIO CESAR TORRES,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
 _____Yes   __x__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
 _____Yes   __x__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Michael Homer*
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289
Michael.Homer@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19-mj-02793-Becerra |
| JULIO CESAR TORRES, | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/09/2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 371 | Conspiracy to possess goods stolen from interstate shipment |
| Title 18, United States Code, Section 659 | Possession of goods stolen from interstate shipment |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Alisha K. Gonzalez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-17-19

_____
*Judge's signature*

City and state: Miami, Florida      Hon. Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alisha K. Gonzalez, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately two years. I am currently assigned to the FBI Miami Metropolitan Major Theft Task Force ("MMTTF"), investigating complex major theft by organized criminal enterprises. As part of my duties, I am responsible for investigating violations of federal laws pertaining to interstate cargo theft.

2. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is being submitted for the limited purpose of establishing probable cause that JULIO CESAR TORRES ("TORRES") has committed violations of Title 18, United States Code, Section 371, that is, conspiracy to possess goods stolen from interstate shipment, and Title 18, United States Code, Section 659, that is, possession of goods stolen from interstate shipment. The facts set forth herein do not constitute all the facts known to law enforcement officers regarding this matter.

### PROBABLE CAUSE

3. On or about January 9, 2019, an individual later identified as TORRES drove a white 24' box truck to Solutions 2 Go Logistics Inc., located at 3200 NW 67th Ave, Ste. 2/200, Miami, Florida 33166 ("Solutions 2 Go"). When TORRES arrived at Solutions 2 Go, he advised a Solutions 2 Go employee that he had come to pick up a cargo load of Sony PlayStation 4 bundles. TORRES provided the Solutions 2 Go employee with a fictitious Florida driver license, which TORRES used to identify himself, and seemingly authentic paperwork depicting the order

pick-up number for the cargo load. Solutions 2 Go then allowed TORRES to take possession of the cargo load in his 24' box truck.

4. This cargo load specifically consisted of five pallets of Sony PlayStation 4 Slim (1TB) gaming consoles, each bundled with a God of War Blu-ray disc, a Horizon Zero Dawn Blu-ray disc, a Shadow of the Colossus Blu-ray disc, and a coupon for PS Plus. The approximate wholesale value of the cargo load was $165,330. The load was destined for Chile.

5. Shortly thereafter that same day, an employee of S.B. Marine, the company that had been subcontracted to pick up the load, arrived at Solutions 2 Go and advised that he had come to pick up the same cargo load of PlayStation 4 Slim bundles.

6. Following an investigation, Solutions 2 Go concluded that TORRES—using a fictitious Florida driver license and seemingly authentic paperwork depicting the order pick-number for the cargo load—had fraudulently obtained possession of the cargo load.

7. A short time later, law enforcement received a tip that a white box truck matching the description of the truck used in the Solutions 2 Go cargo theft was seen at Action Express, located at 3550 NW 33rd Street, Miami, Florida 33142. Law enforcement responded to Action Express and met with witness "A.G.," Terminal Manager for Action Express, who advised where the truck in question was parked. Law enforcement determined that the white box truck parked at Action Express matched the description of the white box truck used in the theft.

8. A.G. advised that the owner of the white box truck was TORRES, who was employed as an owner/operator at Action Express. Law enforcement confirmed that the Florida tag displayed on the white box truck, HIMM62, was in fact registered to TORRES.

9. Law enforcement reviewed video surveillance footage from Action Express for the day of the theft. This footage shows TORRES walking through the Action Express

2

warehouse carrying a box matching the description of the boxes in which the Sony PlayStation 4 Slim bundles were packaged, and placing the box in a white Mercedes vehicle bearing Florida tag CWIM49, which is also registered to TORRES.

10. On or about January 15, 2019, law enforcement conducted a traffic stop of TORRES, who was driving the white Mercedes vehicle bearing Florida tag CWIM49. During the traffic stop, TORRES was asked to step out of the vehicle and was detained in reference to the Sony PlayStation 4 Slim bundles theft.

11. Law enforcement brought TORRES back to the station and read him his *Miranda* rights, which he waived. TORRES then confessed to using a fictitious driver license to fraudulently obtain the five pallets of Sony PlayStation 4 Slim bundles from Solutions 2 Go on or about January 9, 2019.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

12.     Based on the foregoing, I submit that there is probable cause to believe that TORRES has committed violations of Title 18, United States Code, Section 371, that is, conspiracy to possess goods stolen from interstate shipment, and Title 18, United States Code, Section 659, that is, possession of goods stolen from interstate shipment

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
ALISHA K. GONZALEZ
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 17th day of May, 2019.

_____
THE HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

4